**Motion Granted; Appeal Dismissed and Memorandum filed May 30, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00966-CV

---

### HEIDI SIMON, Appellant

### V.

### JONATHAN SIMON, Appellee

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-83480**

---

### MEMORANDUM OPINION

This is an attempted appeal from orders signed on December 1, 2023. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The order being

appealed does not dispose of appellee's claim for attorney's fees and sanctions. *See Farm Bureau Cnty. Mut. Ins. Co. v. Rogers*, 455 S.W.3d 161, 163–64 (Tex. 2015) (outstanding claim for attorney's fees under UDJA prevents finality of judgment absent *Lehmann* finality language).

On January 12, 2024, appellee filed a motion to dismiss for want of jurisdiction. The clerk's record was filed March 22, 2024. Accordingly, we grant appellee's motion and dismiss the appeal. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.

2